UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10038-CR-KING/Bandstra

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TOLLIN,

    Defendant.
_____

### ORDER

THIS CAUSE is before the Court on the defendant's Motion to Revoke Magistrate's Order of Pretrial Detention [DE 16], which has been deemed to be a Petition for Rehearing and was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Petition for Rehearing is DENIED. However, based on the matters raised in the Petition, an Amended Detention Order will be entered by separate Order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of July, 2008.

                                            LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA William Athas (MIA)
Henry Bell, Esq.
Thomas Payne, Esq.